RECEIVED
IN LAKE CHARLES, LA
NOV - 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ALFONSE ZYMANA | : | DOCKET NO. 2:05-cv-1841<br>Section P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### ORDER OF DISMISSAL

Having considered the Motion to Dismiss [doc. 2] filed by on behalf of petitioner, Alfonse Zymana, it is

ORDERED that the motion be GRANTED and that this petition be DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3 day of November, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE